UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>TEESHA M. PATTERSON,<br><br>              Defendant. | No. CR-07-075-LRS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION AND SETTING CONDITIONS OF RELEASE |

At the June 5, 2007, hearing on Defendant's Motion to Reconsider Order of Detention, Assistant Federal Defender Christina Hunt appeared with Defendant; Assistant U.S. Attorney George Jacobs represented the United States. The matter was taken under advisement; both parties have supplemented the record.

Defendant maintains there now is new information that should be considered as to bail issues. The court, having considered the proffers of Defendant and Plaintiff, finds for the limited purpose of this hearing, the Defendant no longer has a pending warrant. In addition, Defendant argues there is very little evidence against her since the Co-Defendant represents Defendant did not know what was in the trunk of the vehicle, and Defendant did not rent the vehicle. Rather, Defendant, who does not have a license, was driving the vehicle and at an excess rate of speed (allegedly 91 m.p.h.). It is alleged she said nothing was in the trunk. A search of the trunk revealed unlawful controlled substances. The United States


maintains there are incriminating inferences from circumstantial evidence described in the police reports. Defendant has family ties in Tacoma, Washington, where she resides. Her criminal history is significant.

The court concludes there now is a combination of conditions to reasonably assure that Defendant is not a risk of non-appearance or risk to the community.

**IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 38)** is **GRANTED.** Defendant shall be released, subject to the following conditions:

1. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise her supervising Pretrial Services Officer and her attorney within one business day of any charge, arrest, or contact with law enforcement.

2. Defendant shall advise the court and the United States Attorney in writing before any change in address. Defendant shall reside with a family member, specifically one of her aunts, unless prior written permission from Pretrial Services is given.

3. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

4. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

5. Except for travel to Spokane for court-related appearances, Defendant shall remain in the Tacoma, Washington, area while the case is pending. On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

6. Defendant shall maintain or actively seek lawful employment.

7. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

8. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9. Defendant shall refrain from the excessive use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Random urinalysis testing shall be conducted through Pretrial Services, but shall not exceed six (6) times per month. In addition, if directed to do so by Pretrial Services, Defendant shall participate in a mental health evaluation and comply with recommendations.

10. Defendant shall report to the United States Probation Office before or immediately after her release and shall report as often as they direct, at such times and in such manner as they direct. Defendant shall contact her attorney at least twice a week.

11. Defendant shall post a $50,000 corporate surety bond. In addition, Defendant and a family member shall co-sign a $10,000 unsecured appearance bond.

12. **Prior to release, Defendant shall sign a copy of this Order, to be kept in Pretrial Services' file, to evidence she has read, understands and agrees to abide by these conditions of release.**

**Defendant is advised a violation of any of the foregoing**

**conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.**

DATED June 8, 2007.

```
              S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE
```

READ, UNDERSTOOD AND AGREED TO:

_____
TEESHA M. PATTERSON         Date

ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER
ORDER OF DETENTION AND SETTING CONDITIONS OF RELEASE - 4