UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-075-LRS |
| Plaintiff, | |
| v. | ORDER DENYING THE UNITED STATES' MOTION FOR RECONSIDERATION |
| TEESHA M. PATTERSON, | |
| Defendant. | |

At the June 14, 2007, hearing on the United States' Motion for Reconsideration of Order Granting Defendant's Motion for release, the United States was represented by George Jacobs. The Defendant was present with Assistant Federal Defender Christina Hunt. Defendant's release was stayed by Order filed June 11, 2007, pending today's hearing.

Having considered the recent information submitted and the argument of counsel, the undersigned concludes the earlier release order should not be modified, except that Defendant shall be evaluated for possible chemical dependency.

Accordingly, the United States' Motion **(Ct. Rec. 54)** is **DENIED.** The Defendant may be released on the conditions in this court's Order filed June 8, 2007.

In addition, **within two weeks of Defendant's release, a chemical dependency evaluation must be completed and confirmed by Pretrial Services.** Defendant must complete any substance abuse

ORDER DENYING THE UNITED STATES' MOTION FOR RECONSIDERATION - 1

1 treatment recommended and shall comply with all of the rules of the
2 treatment program.  If Defendant fails in any way to comply or
3 cooperate with the requirements and rules of the treatment program,
4 Pretrial Services shall notify the court.  The United States
5 Probation Office shall determine the time and place of testing and
6 evaluation and the scope of treatment.  Defendant shall be
7 responsible for the cost of the treatment.  Full mutual releases
8 shall be executed to permit communication between the court,
9 Pretrial Services, and the treatment vendor.
10 **IT IS SO ORDERED.**
11 DATED June 15, 2007.

13           S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER DENYING THE UNITED STATES' MOTION FOR RECONSIDERATION - 2